UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-8135-BER

IN RE APPLICATION
FOR SEARCH WARRANT

_____/

ORDER TO UNSEAL

This cause came before this Court on the Government's Motion to unseal the search warrant found at the above captioned case number. The Court being fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Government's Motion is hereby granted, and the Clerk of the Court shall unseal the Application for Search Warrant, Search Warrant, and Affidavit.

DONE AND ORDERED at Fort Lauderdale, Florida, this _____ day of September, 2018.

_____
HON. WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE